# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

RAYMOND WAGNER, :

    Plaintiff, :

                                    Case No. 3:13cv00194

vs. :

                                    District Judge Thomas M. Rose

CAROLYN W. COLVIN, : Chief Magistrate Judge Sharon L. Ovington
Acting Commissioner of the Social
Security Administration, :

    Defendant. :

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #20), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on September 26, 2014 (Doc. #20) is ADOPTED in full;

2. The Parties' Stipulation for Award of Attorney Fees under Equal Access to Justice Act (EAJA), 28 U.S.C. §2412(d) (Doc. #19) is accepted, and Defendant is directed to pay the total of $4,500.00 in attorney fees under the EAJA;

3. The Commissioner is directed to determine within 30 days whether Plaintiff owes a pre-existing debt to the government and, if not, to pay the EAJA award directly to Plaintiff's attorney; and

4. Plaintiff's Motion for Attorney Fees (Doc. #18) is DENIED as moot; and

5. The case remains terminated on the docket of this Court.

*Thomas M. Rose*
United States District Judge